IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00915-LTB

ALAN ZECHARIAH ACRES,

    Plaintiff,

v.

JEFFERSON COUNTY DETENTIONS FACILITY, and
JEFFERSON COUNTY DETENTIONS FACILITY MEDICAL DEPARTMENT,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 30, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30th day of May, 2014.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/K Lyons
                                      Deputy Clerk